**Order entered June 1, 2015**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-15-00426-CV

### IN THE INTEREST OF R.E.C. AND C.A.C., CHILDREN

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-51560-00**

## ORDER

The clerk's record in this case has not been filed. By letter dated April 30, 2015, we informed appellant that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to file written verification that she had paid for or made arrangements to pay for the clerk's record or that she had been found entitled to proceed without payment of costs. We cautioned appellant that if she did not file the required documentation within ten days, we might dismiss the appeal without further notice. On May 22, 2015, appellant informed the Court by letter that the clerk's record had been requested and that payment arrangements had been made.

Accordingly, we **ORDER** the Collin County District Clerk to file, within **THIRTY DAYS** of the date of this order, either (1) the clerk's record, or (2) written verification that the clerk's record has not been paid for or that no payment arrangements have been made. We

caution appellant that if we receive verification that payment or payment arrangements have not

been made, we will dismiss this appeal without further notice. *See* TEX. R. APP. P. 37.3(b).


                                                    /s/      CAROLYN WRIGHT
                                                             CHIEF JUSTICE